**SPECTRALYTICS, INC., Plaintiff–Appellant,**

v.

**CORDIS CORPORATION, Defendant–Cross Appellant,**

and

**Norman Noble, Inc., Defendant–Cross Appellant.**

Nos. 2009–1654, 2010–1004.

United States Court of Appeals, Federal Circuit.

March 29, 2010.

J. Derek Vandenburgh, Carlson, Caspers, Vandenburgh, Minneapolis, MN, for Plaintiff–Appellant.

Eugene M. Gelernter, Patterson, Belknap, Webb & Tyler, LLP, New York, NY, James B. Niehaus, Frantz Ward, LLP, Cleveland, OH, for Defendants–Cross Appellants.

## ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.